(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | United States Bankruptcy Court<br>_NORTHERN_ District of _ILLINOIS_ | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Leonard, James P.** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Leonard, Laura A.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**aka Laura A. Lis** |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all)**9325** | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all)**4446** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**5445 Sugarloaf Court**<br>**Plainfield IL   60544** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**5445 Sugarloaf Court**<br>**Plainfield IL   60544** |
| County of Residence or of the<br>Principal Place of Business:  **Will** | County of Residence or of the<br>Principal Place of Business:  **Will** |
| Mailing Address of Debtor (if different from street address):<br>**SAME** | Mailing Address of Joint Debtor (if different from street address):<br>**SAME** |
| Location of Principal Assets of Business Debtor<br>(If different from street address above):  **NOT APPLICABLE** | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**  (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor**  (Check all boxes that apply)

☒ Individual(s)　　　　　　☐ Railroad
☐ Corporation　　　　　　☐ Stockbroker
☐ Partnership　　　　　　☐ Commodity Broker
☐ Other _____　☐ Clearing Bank

**Nature of Debts**  (Check one box)

☒ Consumer/Non-Business　　☐ Business

**Chapter 11 Small Business**  (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under
11 U.S.C. § 1121(e) (Optional)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed**  (Check one box)

☐ Chapter 7　　☐ Chapter 11　　☒ Chapter 13
☐ Chapter 9　　☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Filing Fee**  (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only)
Must attach signed application for the court's consideration
certifying that the debtor is unable to pay fee except in installments.
Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information**　(Estimates only)

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03) West Group, Rochester, NY

# Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
*Leonard, James P and*
*Leonard, Laura A.*

FORM B1, Page 2

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| District: | Relationship: | Judge: |

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Leonard, James P*
Signature of Debtor

**X** */s/ Leonard, Laura A.*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney

**X** */s/ Kathryn L. Harry*
Signature of Attorney for Debtor(s)

*Kathryn L. Harry 6207024*
Printed Name of Attorney for Debtor(s)

*Kathryn L. Harry, Esq.*
Firm Name

*1200 Harger Road*
Address

*Suite 706*

*Oak Brook IL  60523*

*630-472-9400*
Telephone Number          Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** */s/ Kathryn L. Harry*
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.

☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

Form B 201 (11/03) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1.   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.   Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.   Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.   Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can expain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1.   Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.   Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.   Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.   After completion of payments under the plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| _____ | /s/Leonard, James P | _____ |
| Date | Signature of Debtor | Case Number |
| _____ | /s/Leonard, Laura A. | |
| Date | Signature of Joint Debtor | |

DEBTOR COPY      COURT COPY
(circle one)

Rule 2016(b) (800) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re  *Leonard, James P*
    *and*
*Leonard, Laura A.*
*aka Laura A. Lis*

Case No.
Chapter *13*

_____ / Debtor

Attorney for Debtor:  *Kathryn L. Harry*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . $ _____*2,300.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . $ _____*1,150.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . $ _____*1,150.00*

3. $ _____*194.00*_____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated:                                 Respectfully submitted,

X */s/ Kathryn L. Harry* _____
Attorney for Petitioner: *Kathryn L. Harry*
*Kathryn L. Harry, Esq.*
*1200 Harger Road*
*Suite 706*
*Oak Brook IL  60523*

FORM B6 (6/90) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Leonard, James P and Leonard, Laura A.*

Case No.
Chapter  *13*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's  liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | *Yes* | *1* | $  167,500.00 | | |
| B-Personal Property | *Yes* | *3* | $  6,820.00 | | |
| C-Property Claimed as Exempt | *Yes* | *2* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $  134,476.00 | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *1* | | $  0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *5* | | $  23,988.00 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $  4,097.17 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $  3,605.00 |
| Total Number of Sheets in All Schedules ▶ | | *17* | | | |
| Total Assets ▶ | | | $  174,320.00 | | |
| Total Liabilities ▶ | | | | $  158,464.00 | |

In re **Leonard, James P and Leonard, Laura A.** _____ / Debtor    Case No. _____

<span style="text-align:right">(if known)</span>

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___18___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _____        Signature _/s/ Leonard, James P_____
                                          Leonard, James P

Date: _____        Signature _/s/ Leonard, Laura A._____
                                          Leonard, Laura A.

FORM B6A (6/90) West Group, Rochester, NY

In re _Leonard, James P and Leonard, Laura A._____ / Debtor    Case No._____
(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _Homestead improved with single family residence owned jointly with Cheryl Santos._ | _Fee Simple_ | H | $ 167,500.00 | $ 129,676.00 |
| | | | | |

No continuation sheets attached

**TOTAL $**    | 167,500.00
**(Report also on Summary of Schedules.)**

In re **Leonard, James P and Leonard, Laura A.** _____ / Debtor   Case No. _____
<span style="float:right">(if known)</span>

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand. | | *Cash*<br>*Location: In debtor's possession* | J | *$ 20.00* |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking*<br>*Location: In debtor's possession* | J | *$ 100.00* |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Miscellaneous Household Furnishings*<br>*Location: In debtor's possession* | J | *$ 600.00* |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | *Miscellaneous Clothing*<br>*Location: In debtor's possession* | J | *$ 300.00* |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |

In re _**Leonard, James P and Leonard, Laura A.**_ _____ / Debtor    Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | _1994 Ford Ranger_ _Location: In debtor's possession_ | J | $ 1,000.00 |
| | | _2001 Saturn SE 2_ _Location: In debtor's possession_ | J | $ 4,800.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |

In re **Leonard, James P and Leonard, Laura A.** _____ / Debtor   Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total ➔** | $ 6,820.00 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

FORM B6C (6/90) West Group, Rochester, NY

In re **Leonard, James P and Leonard, Laura A.** _____ / Debtor      Case No. _____

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):   Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been
located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any
other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process
under applicable nonbankruptcy law.

| Description of Property<br><br>**Claimed By Husband** | Specify Law<br>Providing each<br>Exemption | Value of<br>Claimed<br>Exemption | Current Market<br>Value of Property<br>Without Deducting<br>Exemptions |
|---|---|---|---|
| Homestead | *735 ILCS 5/12-901*<br>*735 ILCS 5/12-1001(b)* | *$ 7,500.00*<br>*$ 1,640.00* | *$ 167,500.00* |
| Cash | *735 ILCS 5/12-1001(b)* | *$ 10.00* | *$ 20.00* |
| Checking | *735 ILCS 5/12-1001(b)* | *$ 50.00* | *$ 100.00* |
| Miscellaneous Household furnishings | *735 ILCS 5/12-1001(b)* | *$ 300.00* | *$ 600.00* |
| Miscellaneous Clothing | *735 ILCS 5/12-1001(a)* | *$ 150.00* | *$ 300.00* |
| 1994 Ford Ranger | *735 ILCS 5/12-1001(c)* | *$ 500.00* | *$ 1,000.00* |
| 2001 Saturn SE2 | *735 ILCS 5/12-1001(c)* | *$ 0.00* | *$ 4,800.00* |

FORM B6C (6/90) West Group, Rochester, NY

In re **_Leonard, James P and Leonard, Laura A._**                    / Debtor        Case No. _____

_(if known)_

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):  Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been
located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any
other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process
under applicable nonbankruptcy law.

| Description of Property<br>**Claimed By Wife** | Specify Law<br>Providing each<br>Exemption | Value of<br>Claimed<br>Exemption | Current Market<br>Value of Property<br>Without Deducting<br>Exemptions |
|---|---|---|---|
| _Cash_ | _735 ILCS 5/12-1001(b)_ | _$ 10.00_ | _$ 20.00_ |
| _Checking_ | _735 ILCS 5/12-1001(b)_ | _$ 50.00_ | _$ 100.00_ |
| _Miscellaneous Household furnishings_ | _735 ILCS 5/12-1001(b)_ | _$ 300.00_ | _$ 600.00_ |
| _Miscellaneous Clothing_ | _735 ILCS 5/12-1001(a)_ | _$ 150.00_ | _$ 300.00_ |
| _1994 Ford Ranger_ | _735 ILCS 5/12-1001(c)_ | _$ 500.00_ | _$ 1,000.00_ |
| _2001 Saturn SE2_ | _735 ILCS 5/12-1001(c)_ | _$ 0.00_ | _$ 4,800.00_ |

FORM B6D (12/03) West Group, Rochester, NY

In re **Leonard, James P and Leonard, Laura A.** _____ / Debtor     Case No. _____
(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: **154195744214**<br>**Creditor # : 1**<br>**GMAC**<br>**P.O. Box 217060**<br>**Auburn Hills MI 48321** | **J** | **6/8/2000**<br><br>**2001 Saturn**<br><br>Value: **$ 4,160.00** | | | | **$ 4,800.00** | **$ 640.00** |
| Account No: **42750635445009**<br>**Creditor # : 2**<br>**Lakewood on Caton Farm**<br>**c/o Foster Premier Inc.**<br>**750 Lake Cook Road #190**<br>**Buffalo Grove IL  60089** | **X**  **J** | **2/24/2005**<br><br>**Homestead**<br><br>Value: **$ 167,500.00** | | | | **$ 1,078.00** | **$ 0.00** |
| Account No: **42750635445009**<br>**Representing:**<br>**Lakewood on Caton Farm** | | **Moss and Bloomberg, Ltd.**<br>**305 W. Briarcliff Road**<br>**P.O. Box 1158**<br>**Bolingbrook IL  60440**<br>Value: | | | | | |
| Account No: **7810150365**<br>**Creditor # : 3**<br>**U.S. Bank Home Mortgage**<br>**P.O. Box 20005**<br>**Owensboro KY 42304** | **X**  **J** | **6/2001**<br>**Mortgage**<br>**Homestead**<br><br>Value: **$ 167,500.00** | | | | **$ 128,598.00** | **$ 0.00** |

No continuation sheets attached

Subtotal $ **134,476.00**
(Total of this page)

Total $ **134,476.00**
(Use only on last page. Report total also on Summary of Schedules)

FORM B6E (4/04) West Group, Rochester, NY

In re _Leonard, James P and Leonard, Laura A._____ / Debtor      Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

FORM B6F (12/03) West Group, Rochester, NY

In re  Leonard, James P and Leonard, Laura A._____ / Debtor    Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | |
| Account No.   48204<br>**Creditor # : 1**<br>**Adult Care Specialists**<br>**1538 N. Arlington Heights Rd.**<br>**Arlington Hgts. IL   60004** | J | 1/8/2003<br>Medical Bills | | | | $ 10.00 |
| Account No.   013000187650<br>**Creditor # : 2**<br>**Assoc. Pathologists of Joliet**<br>**330 Madison Street**<br>**Suite 200A**<br>**Joliet LA 60435** | J | 9/2003<br>Medical Bills | | | | $ 7.00 |
| Account No.   66168<br>**Creditor # : 3**<br>**Associated Anesthesiologists**<br>**333 North Madison Street**<br>**Joliet IL   60435** | J | 9/2003<br>Medical Bills | | | | $ 54.00 |
| Account No.   7001191105194451<br>**Creditor # : 4**<br>**Best Buy**<br>**P.O. Box 17298**<br>**Baltimore MD 21297** | J | 7/11/2004 | | | | $ 912.00 |

_4_ continuation sheets attached

| | |
|---|---|
| Subtotal $<br>(Total of this page) | 983.00 |
| Total $<br>(Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _Leonard, James P and Leonard, Laura A._____ / Debtor      Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **7001191105194451** *Representing:* *Best Buy* | | | *Arrow Financial* *5996 W. Touhy Avenue* *Niles IL  60714* | | | | |
| Account No:  **00743242502** *Creditor # : 5* *Cingular Wireless* *P.O. Box 6428* *Carol Stream IL  60197* | | J | *12/2002* *Utility Bills* | | | | $ 377.00 |
| Account No:  **00743242502** *Representing:* *Cingular Wireless* | | | *AFNI* *404 Brock Drive* *Bloomington IL  61702* | | | | |
| Account No:  **121690** *Creditor # : 6* *Corwin Medical Care Ltd.* *15722 S. Route 59* *Plainfield IL  60544* | | J | *3/21/2005* *Medical Bills* | | | | $ 255.00 |
| Account No: *Creditor # : 7* *Ford Motor Credit* *P.O. Box 6508* *Mesa AZ 85216* | X | J | *2/22/05* | | | | $ 12,661.00 |
| Account No: *Representing:* *Ford Motor Credit* | | | *Bowman, Heintz, Boscia, Vician* *8605 Broadway* *Merrillville IN 46410* | | | | |

Sheet No. _1_ of _4_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        13,293.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Leonard, James P and Leonard, Laura A._ / Debtor   Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: _VS05008689_<br>_Creditor # : 8_<br>_ILL State Toll Highway Auth_<br>_Violatin Administration Center_<br>_2700 Ogden Avenue_<br>_Downers Grove IL  60515_ | J | _1/14/2005_<br>_Toll Violations_ | | | | $ 635.00 |
| Account No:  _VS05001971_<br>_Creditor # : 9_<br>_ILL State Toll Highway Auth_<br>_Violation Administration Cntr._<br>_2700 Ogden Avenue_<br>_Downers Grove IL  60515_ | J | _1/11/2005_<br>_Toll Violations_ | | | | $ 1,340.00 |
| Account No:   _475274_<br>_Creditor # : 10_<br>_Joliet Medical Group, Ltd._<br>_2100 Glenwood Avenue_<br>_Joliet IL  60435_ | J | _3/1/2005_<br>_Medical Bills_ | | | | $ 1,090.00 |
| Account No:   _069302_<br>_Creditor # : 11_<br>_Prairie Emergency Services_<br>_P.O. Box 2669_<br>_Joliet IL  60434_ | J | _10/7/2004_<br>_Medical Bills_ | | | | $ 231.00 |
| Account No:  _DC0025766126_<br>_Creditor # : 12_<br>_Provena_<br>_2175 W. Oneida_<br>_Joliet IL  60435_ | J | _1/19/2005_<br>_Medical Bills_ | | | | $ 97.00 |
| Account No:  _DC0025766126_<br>_Representing:_<br>_Provena_ | | _Medical Recovery Specialists_<br>_2200 East Devon Avenue_<br>_Suite 288_<br>_Des Plaines IL  60018_ | | | | |

Sheet No.  _2_ of  _4_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   _3,393.00_
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Leonard, James P and Leonard, Laura A._____ / Debtor   Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   DC0025547773 | J | 4/17/2004 | | | | $ 10.00 |
| Creditor # : 13 Provena 2175 W. Oneida Joliet IL  60435 | | Medical Bills | | | | |
| Account No:   DC0025547773 Representing: Provena | | Medical Recovery Specialists 2200 East Devon Avenue Suite 288 Des Plaines IL  60018 | | | | |
| Account No:   DC0025683169 | J | 1/26/2005 | | | | $ 126.00 |
| Creditor # : 14 Provena 2175 W. Oneida Joliet IL  60435 | | Medical Bills | | | | |
| Account No:   DC0025683169 Representing: Provena | | Medical Recovery Specialists 2200 East Devon Avenue Suite 288 Des Plaines IL  60018 | | | | |
| Account No:   4031140400795455 | J | 7/11/2004 | | | | $ 2,906.00 |
| Creditor # : 15 Providian P.O. Box 660489 Dallas TX 75266 | | Credit Card Purchases | | | | |
| Account No:   46073 | J | 12/2004 | | | | $ 81.00 |
| Creditor # : 16 Rezin Orthopedic Centers 1051 W. Route 6 Suite 100 Morris IL  60450 | | Medical Bills | | | | |

Sheet No. __3__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $   3,123.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  Leonard, James P and Leonard, Laura A. _____ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   7275881 | J | 6/7/2003 | | | | $ 124.00 |
| Creditor # : 17 SBC Law Department 225 W. Randolph Suite 27A Chicago IL 60606 | | Utility Bills | | | | |
| Account No:   7275881 | | CCA/Collection Company of Amer 700 Longwater Drive Norwell MA 02061 | | | | |
| Representing: SBC | | | | | | |
| Account No:   9170178005 | J | 7/11/2004 | | | | $ 425.00 |
| Creditor # : 18 Target National Bank P.O. Box 59231 Minneapolis MN 55459 | | Credit Card Purchases | | | | |
| Account No:   1117119 | J | 2/2003 | | | | $ 2,647.00 |
| Creditor # : 19 The Woodlands of Crest Hill 1615 Arbor Lane Crest Hill IL  60435 | | Lease Balance | | | | |
| Account No:   1117119 | | Pierce Hamilton & Stern 6931 Arlington Road Suite 400 Bethesda MD 20814 | | | | |
| Representing: The Woodlands of Crest Hill | | | | | | |
| Account No: | | | | | | |

Sheet No.   4  of   4  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ (Total of this page) | 3,196.00 |
| Total $ (Report total also on Summary of Schedules) | 23,988.00 |

In re _Leonard, James P and Leonard, Laura A._ _____ / Debtor          Case No. _____

                                                                              (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
    creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

In re _Leonard, James P and Leonard, Laura A._ _____ / Debtor    Case No. _____
                                                                                                    (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Cheryl Santos_<br>_215 7th Street_<br>_Downers Grove IL    60515_ | _Ford Motor Credit_<br>_P.O. Box 6508_<br>_Mesa AZ  85216_<br><br>_Lakewood on Caton Farm_<br>_c/o Foster Premier Inc._<br>_750 Lake Cook Road #190_<br>_Buffalo Grove IL    60089_<br><br>_U.S. Bank Home Mortgage_<br>_P.O. Box 20005_<br>_Owensboro KY  42304_ |

FORM B6I (12/03) West Group, Rochester, NY

In re **Leonard, James P and Leonard, Laura A.** _____ / Debtor   Case No. _____

(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP | AGE |
| | **Daughter** | **8** |
| | **Daughter** | **1** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Mechanic** | |
| Name of Employer | **Time Savers** | |
| How Long Employed | **1 year** | |
| Address of Employer | **835 Industrial Drive** **Elmhurst IL   60126** | |

| Income: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | *3,687.67* | $ | *1,516.67* |
| Estimated Monthly Overtime | $ | *138.67* | $ | *0.00* |
| SUBTOTAL | $ | *3,826.33* | $ | *1,516.67* |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll Taxes and Social Security | $ | *821.17* | $ | *266.50* |
| b. Insurance | $ | *0.00* | $ | *0.00* |
| c. Union Dues | $ | *158.17* | $ | *0.00* |
| d. Other  (Specify) | $ | *0.00* | $ | *0.00* |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | *979.33* | $ | *266.50* |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | *2,847.00* | $ | *1,250.17* |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | *0.00* | $ | *0.00* |
| Income from Real Property | $ | *0.00* | $ | *0.00* |
| Interest and dividends | $ | *0.00* | $ | *0.00* |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | *0.00* | $ | *0.00* |
| Social Security or other government assistance Specify: | $ | *0.00* | $ | *0.00* |
| Pension or retirement income | $ | *0.00* | $ | *0.00* |
| Other monthly income Specify: | $ | *0.00* | $ | *0.00* |
| TOTAL MONTHLY INCOME | $ | *2,847.00* | $ | *1,250.17* |
| TOTAL COMBINED MONTHLY INCOME    $   *4,097.17* | | | | |
| (Report also on Summary of Schedules) | | | | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J (6/90) West Group, Rochester, NY

In re _Leonard, James P and Leonard, Laura A._ _____ / Debtor          Case No. _____

                                                                                                    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,250.00 |
| Are real estate taxes included?    Yes ☒   No ☐ | |
| Is property insurance included?    Yes ☒   No ☐ | |
| Utilities: Electricity and heating fuel | $ 200.00 |
|    Water and sewer | $ 45.00 |
|    Telephone | $ 70.00 |
|    Other | $ 0.00 |
|    Other | $ 0.00 |
|    Other | $ 0.00 |
| Home maintenance (Repairs and upkeep) | $ 50.00 |
| Food | $ 450.00 |
| Clothing | $ 100.00 |
| Laundry and dry cleaning | $ 35.00 |
| Medical and dental expenses | $ 75.00 |
| Transportation (not including car payments) | $ 350.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|    Homeowner's or renter's | $ 0.00 |
|    Life | $ 0.00 |
|    Health | $ 0.00 |
|    Auto | $ 130.00 |
|    Other | $ 0.00 |
|    Other | $ 0.00 |
|    Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | |
| Specify: | $ 0.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|    Auto | $ 0.00 |
|    Other:  _Homeowner's Assoc._ | $ 25.00 |
|    Other: | $ 0.00 |
|    Other: | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other:  _diapers, child care_ | $ 660.00 |
| Other:  _cigarettes_ | $ 130.00 |
| Other:  _grooming_ | $ 35.00 |
|    TOTAL MONTHLY EXPENSES   (Report also on Summary of Schedules) $ | 3,605.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $ 0.00 |
| B. Total projected monthly expenses | $ 0.00 |
| C. Excess income (A minus B) | $ 0.00 |
| D. Total amount to be paid into plan each:    _Monthly_ | $ 492.00 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Leonard, James P*
　*and*
　*Leonard, Laura A.*
　*aka Laura A. Lis*

Case No.

Chapter  *13*

_____ / Debtor

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

### 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

 AMOUNT 　　　　　　　　　　　　　SOURCE (if more than one)

*Year to date:　$14,309.00*　　　　*Employment*
　*Last Year:　　$43,751.00*
*Year before:　$29,632.00*

_____

*Year to date:　$5,233.00*　　　　*Spouse Employment*
　*Last Year:　　$19,061.00*
*Year before:　$19,080.00*

### 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 3. Payments to creditors.

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Creditor: U.S. Bank Home Mortgage Address: P.O. Box 20005 Owensboro, KY 42304** | *2/21/2005* | *$1,501.00* | *$128,598.00* |
| **Creditor:  GMAC Address: P.O. Box 217060** | *2/23/2005 4/5/2005* | *$824.00* | *$4,160.00* |

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 4. Suits and administrative proceedings, executions, garnishments and attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ford Motor Credit Company VS. James Paul Leonard 04 AR 3726** | *Collection* | **Circuit Court of DuPage County Wheaton, Illinois** | *Judgment entered* |
| **Lakewood on Caton Farm HOA vs. James P. Leonard** | *Collection* | **Circuit Court of Will County Joliet, Illinois** | *Judgment entered* |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 5. Repossessions, foreclosures and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 6. Assignments and receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

### 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

### 8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

### 9. Payments related to debt counseling or bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| *Payee: Kathryn L. Harry* *Address:* *1200 Harger Road* *Suite 706* *Oak Brook, IL 60523* | *Date of Payment: March - April 2005* *Payor: Leonard, James P* | *$1,150.00* |

---

### 10. Other transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

### 11. Closed financial accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

---

### 12. Safe deposit boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

Form 7 (12/03)  West Group, Rochester, NY

### 13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

### 14. Property held for another person.

List all property owned by another person that the debtor holds or controls.

☒ NONE

---

### 15. Prior address of debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

---

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under and Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

---

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

---

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

---

Statement of Affairs - Page 4

**18. Nature, location and name of business**

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencment of this case.

☒ NONE

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _____   Signature */s/ Leonard, James P*
                                       *Leonard, James P*

Date _____   Signature */s/ Leonard, Laura A.*
                                       *Leonard, Laura A.*

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Leonard, James P*
*and*
*Leonard, Laura A.*
*aka Laura A. Lis*

Case No.

Chapter *13*

_____ / Debtor

Attorney for Debtor: **Kathryn L. Harry**


## VERIFICATION OF CREDITOR MATRIX


The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.


Date: _____

*/s/ Leonard, James P* _____
Debtor

*/s/ Leonard, Laura A.* _____
Joint Debtor

Adult Care Specialists
1538 N. Arlington Heights Rd.
Arlington Hgts., IL   60004

Ford Motor Credit
P.O. Box 6508
Mesa, AZ  85216

Moss and Bloomberg, Ltd.
305 W. Briarcliff Road
P.O. Box 1158
Bolingbrook, IL   60440

AFNI
404 Brock Drive
Bloomington, IL   61702

GMAC
P.O. Box 217060
Auburn Hills, MI  48321

Pierce Hamilton & Stern
6931 Arlington Road
Suite 400
Bethesda, MD  20814

Arrow Financial
5996 W. Touhy Avenue
Niles , IL  60714

ILL State Toll Highway Auth
Violatin Administration Center
2700 Ogden Avenue
Downers Grove, IL   60515

Prairie Emergency Services
P.O. Box 2669
Joliet, IL   60434

Assoc. Pathologists of Joliet
330 Madison Street
Suite 200A
Joliet, LA  60435

ILL State Toll Highway Auth
Violation Administration Cntr.
2700 Ogden Avenue
Downers Grove, IL   60515

Provena
2175 W. Oneida
Joliet, IL   60435

Associated Anesthesiologists
333 North Madison Street
Joliet, IL   60435

Joliet Medical Group, Ltd.
2100 Glenwood Avenue
Joliet, IL   60435

Providian
P.O. Box 660489
Dallas, TX  75266

Best Buy
P.O. Box 17298
Baltimore, MD  21297

Kathryn L. Harry
1200 Harger Road
Suite 706
Oak Brook, IL  60523

Rezin Orthopedic Centers
1051 W. Route 6
Suite 100
Morris, IL   60450

Bowman, Heintz, Boscia, Vician
8605 Broadway
Merrillville, IN  46410

Lakewood on Caton Farm
c/o Foster Premier Inc.
750 Lake Cook Road #190
Buffalo Grove, IL   60089

Cheryl Santos
215 7th Street
Downers Grove, IL   60515

CCA/Collection Company of Amer
700 Longwater Drive
Norwell, MA  02061

Leonard, James P
5445 Sugarloaf Court
Plainfield, IL   60544

SBC
Law Department
225 W. Randolph Suite 27A
Chicago, IL  60606

Cingular Wireless
P.O. Box 6428
Carol Stream, IL   60197

Leonard, Laura A.
5445 Sugarloaf Court
Plainfield, IL   60544

Target National Bank
P.O. Box 59231
Minneapolis, MN  55459

Corwin Medical Care Ltd.
15722 S. Route 59
Plainfield, IL   60544

Medical Recovery Specialists
2200 East Devon Avenue
Suite 288
Des Plaines, IL   60018

The Woodlands of Crest Hill
1615 Arbor Lane
Crest Hill, IL   60435

U.S. Bank Home Mortgage
P.O. Box 20005
Owensboro, KY  42304

Adult Care Specialists
1538 N. Arlington Heights Rd.
Arlington Hgts., IL   60004

Ford Motor Credit
P.O. Box 6508
Mesa, AZ  85216

Moss and Bloomberg, Ltd.
305 W. Briarcliff Road
P.O. Box 1158
Bolingbrook, IL   60440


AFNI
404 Brock Drive
Bloomington, IL   61702

GMAC
P.O. Box 217060
Auburn Hills, MI  48321

Pierce Hamilton & Stern
6931 Arlington Road
Suite 400
Bethesda, MD  20814


Arrow Financial
5996 W. Touhy Avenue
Niles , IL  60714

ILL State Toll Highway Auth
Violatin Administration Center
2700 Ogden Avenue
Downers Grove, IL   60515

Prairie Emergency Services
P.O. Box 2669
Joliet, IL   60434


Assoc. Pathologists of Joliet
330 Madison Street
Suite 200A
Joliet, LA  60435

ILL State Toll Highway Auth
Violation Administration Cntr.
2700 Ogden Avenue
Downers Grove, IL   60515

Provena
2175 W. Oneida
Joliet, IL   60435


Associated Anesthesiologists
333 North Madison Street
Joliet, IL   60435

Joliet Medical Group, Ltd.
2100 Glenwood Avenue
Joliet, IL   60435

Providian
P.O. Box 660489
Dallas, TX  75266


Best Buy
P.O. Box 17298
Baltimore, MD  21297

Kathryn L. Harry
1200 Harger Road
Suite 706
Oak Brook, IL  60523

Rezin Orthopedic Centers
1051 W. Route 6
Suite 100
Morris, IL   60450


Bowman, Heintz, Boscia, Vician
8605 Broadway
Merrillville, IN  46410

Lakewood on Caton Farm
c/o Foster Premier Inc.
750 Lake Cook Road #190
Buffalo Grove, IL   60089

Cheryl Santos
215 7th Street
Downers Grove, IL   60515


CCA/Collection Company of Amer
700 Longwater Drive
Norwell, MA  02061

Leonard, James P
5445 Sugarloaf Court
Plainfield, IL   60544

SBC
Law Department
225 W. Randolph Suite 27A
Chicago, IL  60606


Cingular Wireless
P.O. Box 6428
Carol Stream, IL   60197

Leonard, Laura A.
5445 Sugarloaf Court
Plainfield, IL   60544

Target National Bank
P.O. Box 59231
Minneapolis, MN  55459


Corwin Medical Care Ltd.
15722 S. Route 59
Plainfield, IL   60544

Medical Recovery Specialists
2200 East Devon Avenue
Suite 288
Des Plaines, IL   60018

The Woodlands of Crest Hill
1615 Arbor Lane
Crest Hill, IL   60435

U.S. Bank Home Mortgage
P.O. Box 20005
Owensboro, KY  42304