```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

 IN RE:                                       CASE NO. 05 B 22027
    JAMES LEONARD
    LAURA LEONARD                             CHAPTER 13

                                              JUDGE: BRUCE W BLACK

              Debtor
   SSN XXX-XX-9325      SSN XXX-XX-4446


 -------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
 -------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
 Final Report and Account of the administration of the estate pursuant to
 11 USC 1302(b)(1).

    1.  The case was filed on 06/02/05 and confirmed on 08/17/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  20172.00 .

    4.  The Trustee made disbursements to creditors as follows:


 -------------------------------------------------------------------------
 CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
 -------------------------------------------------------------------------
 US BANK                  CURRENT MORTG            .00          .00          .00
 US BANK                  MORTGAGE ARRE       7757.88          .00      7757.88
 LAKEWOOD ON CATON FARM H SECURED              852.59       111.06       852.59
 GMAC PAYMENT CENTER      SECURED             3874.06       519.69      3874.06
 ADULT CARE SPECIALISTS   UNSECURED         NOT FILED          .00          .00
 ASSOCIATED PATHOLOGISTS/ UNSECURED         NOT FILED          .00          .00
 ASSOCIATED ANESTHESIOLOG UNSECURED         NOT FILED          .00          .00
 BEST BUY                 UNSECURED         NOT FILED          .00          .00
 CINGULAR                 UNSECURED         NOT FILED          .00          .00
 CORWIN MEDICAL CARE      UNSECURED         NOT FILED          .00          .00
 FORD MOTOR CREDIT CO     UNSECURED         NOT FILED          .00          .00
 ILL STATE TOLL HIWAY AUT UNSECURED         NOT FILED          .00          .00
 ILL STATE TOLL HIWAY AUT FILED LATE              .00          .00          .00
 JOLIET MEDICAL GROUP     UNSECURED            614.83          .00       614.83
 PRAIRIE EMERGENCY SERVIC UNSECURED            231.00          .00       231.00
 PROVENA                  UNSECURED         NOT FILED          .00          .00
 PROVENA                  UNSECURED         NOT FILED          .00          .00
 PROVENA                  UNSECURED         NOT FILED          .00          .00
 RESURGENT CAPITAL SERVIC UNSECURED           2987.40          .00      2987.40
 REZIN ORTHOPEDIC CENTERS UNSECURED         NOT FILED          .00          .00
 -------------------------------------------------------------------------
 CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
 -------------------------------------------------------------------------
 SBC AMERITECH            UNSECURED         NOT FILED          .00          .00
 TARGET NATIONAL BANK     UNSECURED            424.76          .00       424.76
 THE LARAMAR GROUP        FILED LATE              .00          .00          .00
 JAMES M PHILBRICK        ADMINISTRATIV       400.00          .00       400.00
              Summary of disbursements:
 -------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
```

```
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      12484.53          400.00         4257.99          .00      17142.52
PRINCIPAL PAID          12484.53          400.00         4257.99          .00      17142.52
INTEREST PAID             630.75             .00            .00           .00        630.75
TOTAL PAID              13115.28          400.00         4257.99          .00      17773.27
```

The Debtor's attorney, KATHRYN L HARRY                , was allowed $   2200.00
and was paid $    1150.00   direct and $    1050.00   through the plan.

The Trustee received $      893.68 .

Refunds to the Debtor totaled $     155.05 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE